UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JULIO PEREZ,
               Plaintiff,

v.

DOCCS COMMISSIONER ANTHONY
ANNUCCI, GHCF SUPERINTENDENT
GRIFFIN, GHCF MEDICAL SUPERVISOR
DR. BENTIVEGNA, GHCF MEDICAL
PROVIDER DR. SILVER, and DR. HOLDER,
               Defendants.
--------------------------------------------------------------x



**ORDER**

20 CV 8069 (VB)

     In an Opinion and Order dated November 29, 2021, the Court granted defendants' motion to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The Court also granted plaintiff leave to file an amended complaint as to one of the defendants, Dr. Holder, only, **by January 31, 2022**, in accordance with the instructions set forth in the Opinion and Order. (Doc. #27). In doing so, the Court advised plaintiff in bold and underlined font that if he failed to file an amended complaint or seek additional time to do so by January 31, 2022, the Court would direct the Clerk to enter judgment in defendants' favor and close the case.

     To date, plaintiff has not filed an amended complaint or sought an extension of time in which to do so.

     Accordingly, the Court directs the Clerk to enter judgment in defendants' favor and close this case.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: February 23, 2022
         White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge